# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| S&J WHOLESALE, LLC, *et al.*, | ) |
| *Plaintiffs*, | ) Case No. 1:22-cv-148 |
| v. | ) Judge Travis R. McDonough |
| JINDAN DIRECT, *et al.*, | ) Magistrate Judge Susan K. Lee |
| *Defendants*. | ) |

## JUDGMENT ORDER

Consistent with the contemporaneously filed order regarding damages, as well as its previously filed order regarding default judgment (Doc. 85), Plaintiffs' amended motion for default judgment (Doc. 79) is **GRANTED**. As ordered, Defendants are **ENJOINED** from manufacturing or selling any goods utilizing Plaintiffs' trade secrets and from filing Amazon complaints that contain false information about Plaintiffs. Plaintiffs are awarded $9,316,928 in damages, and Plaintiffs are awarded reasonable attorney's fees incurred in this action. The case is **DISMISSED WITH PREJUDICE**. Nothing in this order should be read to preclude the Court's consideration of the reasonable attorney's fees associated with this judgment. The Clerk is hereby **DIRECTED** to **CLOSE** the case.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ LeAnna R. Wilson
  CLERK OF COURT