UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| S&J WHOLESALE, LLC, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:22-cv-0148-TRM-SKL |
| ) | |
| JINDAN DIRECT ) | |
| (Seller ID: A2HMOZFW2X6SHX), *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Plaintiffs have been granted a default judgment against Defendants that includes injunctive relief and more than $9 million in damages [Doc. 85 & Doc. 91]. Moreover, Plaintiffs have been awarded reasonable attorney fees incurred in this case to date in an amount up to $140,000 [Doc. 91 at Page ID # 1330-31]. The remaining issue, which has been referred to the undersigned, is the determination of the amount of incurred attorney fees that meets the applicable standards for an award of reasonable attorney fees.

If Plaintiffs wish to continue to pursue an award of reasonable attorney fees incurred in this case, they are **ORDERED** to submit appropriate evidence to prove the reasonableness of the incurred attorney fees within **14 DAYS** of entry of this Order. Plaintiffs may also separately submit a timely bill of costs for consideration by the Clerk of Court.

SO ORDERED

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE